UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON DYKENS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 3:18-cv-03119 WHO<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

　　Upon consideration of parties' stipulation to dismiss the entire action with prejudice, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that this action shall be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: December 7, 2018　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE